SAM FEUER, Appellant, v. MARGUERITE WALWORTH, Respondent.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.